

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2021

No. 04-21-00038-CV

**IN THE INTEREST OF R.H.B., III AND C.D.B., CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant's brief was originally due on June 16, 2021.  On June 11, 2021, appellant filed an unopposed motion to extend the time in which to file the brief.  Appellant's counsel, Ms. Jessica Lambert, stated she requested a supplemental clerk's record "in April 2020." Ms. Lambert did not provide this court with a copy of her request, proof that payment has been made for the supplemental record, or a list of the items she wishes included in the supplemental record. Because Ms. Lambert did not provide this court with this information, this court is unable to order the district clerk to file a supplemental record by a date certain.

We GRANT the request for an extension of time and ORDER Ms. Lambert to file appellant's brief **no later than August 2, 2021**.  Ms. Lambert is cautioned that further requests for an extension will be disfavored absent extenuating circumstances.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court